**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| ANGELA GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | **ACTION** |
| | ) | |
| v. | ) | No.  12-1212- MLB |
| | ) | |
| SHELLY A. INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge Kenneth Gale, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.  This case is therefore dismissed, without prejudice.

IT IS SO ORDERED.

Dated this   17th    day of August, 2012, at Wichita, Kansas.

 s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE